384 A.2d 1360

**Clark E. RISSMILLER, Jr. and Helen F. Rissmiller, Appellants,**

v.

**Thomas J. LLEWELYN and Susanne R. Llewelyn and John A. Turtzo, Real Estate Agent, Individually and doing business as John A. Turtzo Realtors.**

Superior Court of Pennsylvania.

Argued Dec. 14, 1977.

Decided April 13, 1978.

Michael P. Shay, Bethlehem, with him Mark S. Sigmon, Bethlehem, for appellants.

312

Cregg E. Mayrosh, Hellertown, for appellees, Llewelyn.

Lawrence B. Fox, Bethlehem, for appellee, Turtzo.

Before WATKINS, President Judge, JACOBS, HOFF-MAN, CERCONE, PRICE, VAN der VOORT and SPAETH, JJ.

PER CURIAM:

Order affirmed.

HOFFMAN and SPAETH, JJ., dissent on the grounds that the lower court should not have entered a compulsory nonsuit. See *Shane v. Hoffman*, 227 Pa.Super. 176, 324 A.2d 532 (1974).

JACOBS, President Judge, and WATKINS, former President Judge, did not participate in the consideration or decision of this case.